AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

FILED
2014 APR 14 P 2:43
US DISTRICT COURT
BRIDGEPORT CT

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| NELSON DIAZ | ) | Case No. 3:14mj67 (WIG) |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  February 2014 to April 11, 2014  in the county of  Fairfield  in the _____ District of  CONNECTICUT , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1951(a) | Conspiracy to commit Hobbs Act robbery |
| 18 U.S.C. 924(c)(1)(A)(i) | Carrying a firearm during and in relation to a crime of violence |
| 18 U.S.C. 2 | Aiding and abetting |
| 21 U.S.C. 841(a)(1), 841(b)(1)(A), and 846 | Conspiracy to possess with intent to distribute narcotics, to wit five kilograms or more of cocaine |

This criminal complaint is based on these facts:
See Attached Affidavit of ATF Special Agent Jeffrey Massey

☐ Continued on the attached sheet.

_/s/ Jeffrey Massey_
Complainant's signature

ATF SPECIAL AGENT JEFFREY MASSEY
Printed name and title

Sworn to before me and signed in my presence.

Date: 04/14/2014

/s/ William I. Garfinkel, USMJ
Judge's signature

City and state:   BRIDGEPORT, CONNECTICUT        William I. Garfinkel, U.S. Magistrate Judge
Printed name and title