United States District Court
District of Connecticut
FILED AT BRIDGEPORT
4-14 2014
Roberta D Tabora, Clerk
/s/ Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| United States of America | ) | |
| v. | ) | Case No. 3:14mj67(WIG) |
| Nelson Diaz | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: United States District Court<br>915 Lafayette Boulevard<br>Bridgeport, CT 06604 | Courtroom No.: 435 |
| --- | --- |
| | Date and Time: 4/17/14 10:00 am |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 04/14/2014

/s/ William I. Garfinkel
*Judge's signature*

William I. Garfinkel, USMJ
*Printed name and title*